# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2007-FF2, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2** | **Case No. 2:07-cv-00757** |
| **Plaintiff,** | **Judge Algenon L. Marbley** |
| **vs.** | **ORDER CANCELLING SALE PROCEEDINGS, VACATING JUDGMENT, AND DISMISSING CASE** |
| **Fredric L. Gohl, et al.** | |
| **Defendants.** | |

This matter is before the Court on the motion of Plaintiff for an order cancelling sale proceedings, vacating the judgment and decree of foreclosure entered in this case under Fed. R. Civ. P. 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case is hereby vacated and this action are hereby dismissed without prejudice at Plaintiff's costs. The Clerk is hereby ordered to distribute $250.00 from Plaintiff's deposit to special master Frederick Ransier and to distribute the remaining balance of $950.00 to Plaintiff.

**IT IS SO ORDERED.**

Algenon L. Marbley
UNITED STATES DISTRICT JUDGE